IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLIE FRANK DARDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:11-CV-131-WKW |
| | ) | |
| RICHARD CONVERSE, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On April 19, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 9.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED as follows:

(1) Plaintiff's claims related to the pending criminal charges against him in the Circuit Court of Lee County are DISMISSED without prejudice under the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii);

(2) and Plaintiff's defamation and slander claims are DISMISSED without prejudice under the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

DONE this 4th day of May, 2011.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE